IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOT ALAN PERKET,

    Plaintiff,

v.

LAW FIRM OF FLOTTMEYER,
BURGOS, RYAN AND SAYNER,
DAN RYAN and WILLIAM
FLOTTMEYER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-568-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for lack of subject matter jurisdiction.

_/s/_____       _8/21/2017_____
Peter Oppeneer, Clerk of Court      Date